U.S. DISTRICT COURT
SAVANNAH DIV.
FILED
2012 MAY 23 AM 11: 17
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| DONALD FLOYD BROWN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV411-167 |
| | ) | CR407-308 |
| UNITED STATES | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Donald Floyd Brown's 28 U.S.C. § 2255 motion therefore is **DENIED**. Brown has raised two issues worthy of a Certificate of Appealability (COA), so the Court **GRANTS** a COA on them. 28 U.S.C. § 2253(c)(1). And, since there are two non-frivolous issues to be raised

on appeal, an appeal would be taken in good faith. Thus, *in forma pauperis* status on appeal is **GRANTED**. 28 U.S.C. § 1915(a)(3).

**SO ORDERED** this 23 day of May, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA